[No. 3572–7–III. Division Three. December 9, 1980.]

JOHN N. KOCH, *Appellant*, v. JAMES A.
POWELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 21158, W. R. Cole, J., entered July 16, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3654–5–III. Division Three. December 9, 1980.]

*In the Matter of the Marriage of* BOBBY R. MARTIN,
*Appellant, and* WILLARD D. MARTIN,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 236693, Richard J. Ennis, J. Pro Tem., entered October 5, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 3681–2–III. Division Three. December 11, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
L. BOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 4000, Richard G. Patrick, J., entered November 6, 1979. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.